# IN THE SUPREME COURT OF THE STATE OF NEVADA

CLARENCE JOSEPH LACOUR, SR.,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 74226

FILED

NOV 2 9 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion to enforce negotiations and for reduction of plea. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

When our review of this appeal revealed that the challenged order may not be substantively appealable, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (where no statue or court rule provides for an appeal, no right to appeal exists). In response, appellant states that he does not oppose the dismissal of this appeal for lack of jurisdiction. Because no statute or court rule allows an appeal from a district court order denying a motion to enforce negotiations and for reduction of plea, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

17-41092

cc: Hon. Michelle Leavitt, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Clarence Joseph Lacour, Sr.